XAVIER BECERRA, State Bar No. 118517
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7529
 Fax: (916) 322-8288
 E-mail: John.Bridges@doj.ca.gov
*Attorneys for Defendants*
*Haroldsen and Hannon*

WILLIAM L. SCHMIDT, State Bar No. 206870
JEFFREY W. EISINGER, State Bar No. 109299
Law Offices of William L. Schmidt, P.C.
 P.O. Box 25001
 Fresno, CA 93729-5001
 Telephone: (559) 261-2222
 Fax: (559) 436-8163
*Attorneys for Plaintiffs*
*Joshua Harmon and Jenea Harmon*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA HARMON AND JENEA HARMON,**<br><br>Plaintiffs,<br><br>v.<br><br>**DEPARTMENT OF JUSTICE, STATE OF CALIFORNIA, AGENT M. HAROLDSEN individually, AGENT TERESA HANNON individually, and DOES 1-30, inclusive,**<br><br>Defendants. | 1:16-cv-00246-LJO-BAM<br><br>**STIPULATION OF DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(A)(ii)]<br><br>Judge:       Hon. Lawrence J. O'Neill<br>Trial Date:  November 28, 2017<br>Action Filed: February 22, 2016 |

In accordance with Federal Rules of Civil Procedure 41, Plaintiffs and Defendants hereby give notice to the Court that:

1   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), as to all Defendants.  Each party to bear its own attorney's fees and costs.

IT IS ALSO HEREBY STIPULATED that the Office of the Attorney General is authorized to file the Stipulation of Dismissal electronically and to enter the signatures of the undersigned electronically.

IT IS SO STIPULATED.

Dated: November 21, 2017

*/s/ John C. Bridges*
JOHN C. BRIDGES
Deputy Attorney General
*Attorneys for Defendants
Haroldsen and Hannon*

Dated: November 21, 2017

*/s/ William L. Schmidt*
WILLIAM L. SCHMIDT
*Attorneys for Plaintiffs
Joshua Harmon and Jenea Harmon*

SA2016101099
33145042.docx