IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA HARMON AND JENEA HARMON,**<br><br>Plaintiffs,<br><br>v.<br><br>**DEPARTMENT OF JUSTICE, STATE OF CALIFORNIA, AGENT M. HAROLDSEN individually, AGENT TERESA HANNON individually, and DOES 1-30, inclusive,**<br><br>Defendants. | 1:16-cv-00246-LJO-BAM<br><br>**ORDER OF DISMISSAL** |

The Court has reviewed the Stipulation set forth above. Accordingly,

IT IS ORDERED that:

1. This matter is dismissed with prejudice as to all defendants;

2. Each party is to bear its own attorney's fees and costs.

IT IS SO ORDERED.

   Dated: __**November 27, 2017**__         _____**/s/ Lawrence J. O'Neill**_____
                                                                     UNITED STATES CHIEF DISTRICT JUDGE